## Appendix B - Catalyst Hedged Futures Strategy Fund

### Call Options Purchased vs. Call Options Written

|  | **Call Options Contracts Purchased** | **Call Options Contracts Written** | **Source** |
|---|---|---|---|
| As of September 30, 2014 | 21,000 | 40,550 | Englander Decl. **Ex. J** (Form N-Q, filed December 1, 2014 for the period ended September 30, 2014) |
| As of December 31, 2014 | 33,200 | 29,700 | Englander Decl. **Ex. K** (Form N-CSRS, filed March 11, 2015 for the period ended December 31, 2014) |
| As of March 31, 2015 | 8,400 | 25,530 | Englander Decl. **Ex. L** (Form N-Q, filed May 28, 2015 for the period ended March 31, 2015) |
| As of June 30, 2015 | 26,215 | 82,575 | Englander Decl. **Ex. M** (Form N-CSR, filed September 9, 2015 for the period ended June 30, 2015) |
| As of September 30, 2015 | 23,700 | 64,550 | Englander Decl. **Ex. N** (Form N-Q, filed November 27, 2015 for the period ended September 30, 2015) |
| As of December 31, 2015 | 12,195 | 53,495 | Englander Decl. **Ex. O** (Form N-CSRS, filed March 10, 2016 for the period ended December 31, 2015) |
| As of March 31, 2016 | 42,875 | 124,325 | Englander Decl. **Ex. P** (Form N-Q, filed May 31, 2016 for the period ended March 31, 2016) |
| As of June 30, 2016 | 132,775 | 270,475 | Englander Decl. **Ex. Q** (Form N-CSR, filed September 8, 2016 for the period ended June 30, 2016) |
| As of September 30, 2016 | 31,200 | 73,850 | Englander Decl. **Ex. R** (Form N-Q, filed November 29, 2016 for the period ended September 30, 2016) |
| As of December 31, 2016 | 94,000 | 108,750 | Englander Decl. **Ex. S** (Form N-CSRS, filed March 10, 2017 for the period ended December 31, 2016) |
| As of March 31, 2017 | 31,150 | 57,550 | Englander Decl. **Ex. T** (Form N-Q, filed May 30, 2017 for the period ended Mar. 31, 2017) |