## Appendix C - Catalyst Hedged Futures Strategy Fund

### Portfolio Total Assets and Liabilities

| As of September 30, 2014 | Market Value (USD) |
|---|---|
| Assets | |
| Put Options Purchased | 3,710,000 |
| Call Options Purchased | 9,308,750 |
| Short Term Investments | 268,997,262 |
| **Total Assets** | **282,016,012** |
| Liabilities | |
| Put Options Written | 2,575,000 |
| Call Options Written | 8,313,125 |
| **Total Liabilities** | **10,888,125** |

Englander Decl. **Ex. J** (Form N-Q, filed Dec. 1, 2014 for the period ended Sept. 30, 2014).

As shown in the "Portfolio of Investments" schedules cited herein, "Short Term Investments" refer to the Catalyst Hedged Futures Strategy Fund's investment in various money market funds.

| As of December 31, 2014 | Market Value (USD) |
|---|---|
| Assets | |
| Put Options Purchased | 3,600,600 |
| Call Options Purchased | 5,443,750 |
| Short Term Investments | 376,132,116 |
| **Total Assets** | **385,176,162** |
| Liabilities | |
| Put Options Written | 3,282,500 |
| Call Options Written | 26,720,250 |
| **Total Liabilities** | **30,002,750** |

Englander Decl. **Ex. K** (Form N-CSRS, filed Mar. 11, 2015 for the period ended Dec. 31, 2014).

| As of March 31, 2015 | Market Value (USD) |
|---|---|
| Assets | |
| Put Options Purchased | 1,450,000 |
| Call Options Purchased | 13,592,500 |
| Short Term Investments | 617,695,332 |
| **Total Assets** | **632,737,832** |
| Liabilities | |
| Put Options Written | 437,500 |
| Call Options Written | 14,338,376 |
| **Total Liabilities** | **14,775,876** |

Englander Decl. **Ex. L** (Form N-Q, filed May 28, 2015 for the period ended Mar. 31, 2015).

| As of June 30, 2015 | Market Value (USD) |
|---|---|
| Assets | |
| Put Options Purchased | 6,975,000 |
| Call Options Purchased | 15,416,438 |
| Short Term Investments | 667,020,295 |
| **Total Assets** | **689,411,733** |
| Liabilities | |
| Put Options Written | 4,825,000 |
| Call Options Written | 16,245,000 |
| **Total Liabilities** | **21,070,000** |

Englander Decl. **Ex. M**  (Form N-CSR, filed Sept. 9, 2015 for the period ended June 30, 2015).

| As of September 30, 2015 | Market Value (USD) |
|---|---|
| Assets | |
| Put Options Purchased | 41,162,500 |
| Call Options Purchased | 1,596,250 |
| Short Term Investments | 1,653,555,379 |
| **Total Assets** | **1,696,314,129** |
| Liabilities | |
| Put Options Written | 27,200,000 |
| Call Options Written | 1,613,125 |
| **Total Liabilities** | **28,813,125** |

Englander Decl. **Ex. N** (Form N-Q, filed Nov. 27, 2015 for the period ended Sept. 30, 2015).

| As of December 31, 2015 | Market Value (USD) |
|---|---|
| Assets | |
| Put Options Purchased | 16,677,500 |
| Call Options Purchased | 11,580,062 |
| U.S. Government Securities | 99,468,800 |
| Short Term Investments | 1,833,626,718 |
| **Total Assets** | **1,961,353,080** |
| Liabilities | |
| Put Options Written | 7,187,500 |
| Call Options Written | 8,172,562 |
| **Total Liabilities** | **15,360,062** |

Englander Decl. **Ex. O** (Form N-CSRS, filed Mar. 10, 2016 for the period ended Dec. 31, 2015).

| As of March 31, 2016 | Market Value (USD) |
|---|---|
| Assets | |
| Put Options Purchased | 32,542,825 |
| Call Options Purchased | 185,868,125 |
| U.S. Government Securities | 1,161,171,850 |
| Short Term Investments | 1,093,378,952 |
| **Total Assets** | **2,472,961,752** |
| Liabilities | |
| Put Options Written | 22,640,000 |
| Call Options Written | 221,826,250 |
| **Total Liabilities** | **244,466,250** |

Englander Decl. **Ex. P** (Form N-Q, filed May 31, 2016 for the period ended Mar. 31, 2016).

| As of June 30, 2016 | Market Value (USD) |
|---|---|
| Assets | |
| Put Options Purchased | 9,958,425 |
| Call Options Purchased | 263,106,562 |
| U.S. Government Securities | 1,719,875,050 |
| Short Term Investments | 614,989,900 |
| **Total Assets** | **2,607,929,937** |
| Liabilities | |
| Put Options Written | 4,348,875 |
| Call Options Written | 228,056,250 |
| **Total Liabilities** | **232,405,125** |

Englander Decl. **Ex. Q**  (Form N-CSR, filed Sept. 8, 2016 for the period ended June 30, 2016).

| As of September 30, 2016 | Market Value (USD) |
|---|---|
| Assets | |
| Call Options Purchased | 126,067,500 |
| U.S. Government Securities | 1,260,933,525 |
| Short Term Investments | 1,512,438,379 |
| **Total Assets** | **2,899,439,404** |
| Liabilities | |
| Call Options Written | 92,134,375 |
| **Total Liabilities** | **92,134,375** |

Englander Decl. **Ex. R** (Form N-Q, filed Nov. 29, 2016 for the period ended Sept. 30, 2016).

| As of December 31, 2016 | Market Value (USD) |
|---|---|
| Assets | |
| Exchange Traded Funds | 359,511,250 |
| Call Options Purchased | 449,775,000 |
| Private Investment Funds | 70,483,200 |
| U.S. Government Securities | 1,797,959,925 |
| Short Term Investments | 1,371,887,180 |
| **Total Assets** | **4,049,616,555** |
| Liabilities | |
| Call Options Written | 550,112,500 |
| **Total Liabilities** | **550,112,500** |

Englander Decl. **Ex. S** (Form N-CSRS, filed Mar. 10, 2017 for the period ended Dec. 31, 2016).

| As of March 31, 2017 | Market Value (USD) |
|---|---|
| Assets | |
| Exchange Traded Funds | 360,733,000 |
| Put Options Purchased | 6,300,000 |
| Call Options Purchased | 79,894,375 |
| Private Investment Funds | 127,347,997 |
| U.S. Government Securities | 1,597,985,300 |
| Short Term Investments | 744,974,432 |
| **Total Assets** | **2,917,235,104** |
| Liabilities | |
| Put Options Written | 2,362,500 |
| Call Options Written | 458,880,625 |
| Long Futures Contracts | 21,122,363 |
| **Total Liabilities** | **482,365,488** |

Englander Decl. **Ex. T** (Form N-Q, filed May 30, 2017 for the period ended Mar. 31, 2017).