# EXHIBIT C



**Catalyst Hedged Insider Buying Fund**
Class A: STVAX Class C: STVCX Class I:STVIX

**Catalyst Insider Long/Short Fund**
Class A: CIAAX Class C: CIACX Class I: CIAIX

**Catalyst Intelligent Alternative Fund**
Class A: ATRAX Class C: ATRCX Class I: ATRFX

**Catalyst Hedged Futures Strategy Fund**
Class A: HFXAX Class C: HFXCX Class I: HFXIX

**Catalyst Time Value Trading Fund**
Class A: TVTAX Class C: TVTCX Class I: TVTIX

**Catalyst/Lyons Hedged Premium Return Fund**
Class A: CLPAX Class C: CLPCX Class I: CLPFX

**Catalyst Macro Strategy Fund**
Class A: MCXAX Class C: MCXCX Class I: MCXIX

**Catalyst/Auctos Multi-Strategy Fund**
Class A: ACXAX Class C: ACXCX Class I: ACXIX

**Catalyst Hedged Commodity Strategy Fund**
Class A: CFHAX Class C: CFHCX Class I: CFHIX

**Catalyst/Millburn Hedge Strategy Fund**
Class A: MBXAX Class C: MBXCX Class I: MBXIX

**PROSPECTUS**
**NOVEMBER 1, 2016**

This Prospectus provides important information about the Fund that you should know before investing. Please read it carefully and keep it for future reference.

The Securities and Exchange Commission has not approved or disapproved these securities or determined if this Prospectus is truthful or complete. Any representation to the contrary is a criminal offense.

**TABLE OF CONTENTS**

| | |
|---|---|
| FUND SUMMARY: CATALYST HEDGED INSIDER BUYING FUND | 1 |
| FUND SUMMARY: CATALYST INSIDER LONG/SHORT FUND | 7 |
| FUND SUMMARY: CATALYST INTELLIGENT ALTERNATIVE FUND | 13 |
| FUND SUMMARY: CATALYST HEDGED FUTURES STRATEGY FUND | 20 |
| FUND SUMMARY: CATALYST TIME VALUE TRADING FUND | 27 |
| FUND SUMMARY: CATALYST/LYONS HEDGED PREMIUM RETURN FUND | 33 |
| FFUND SUMMARY: CATALYST MACRO STRATEGY FUND | 38 |
| FUND SUMMARY: CATALYST/AUCTOS MULTI-STRATEGY FUND | 47 |
| FUND SUMMARY: CATALYST HEDGED COMMODITY STRATEGY FUND | 54 |
| FUND SUMMARY: CATALYST MILLBURN HEDGE STRATEGY FUND | 62 |
| ADDITIONAL INFORMATION ABOUT THE FUNDS' PRINCIPAL INVESTMENT STRATEGIES AND RELATED RISK | 71 |
| HOW TO BUY SHARES | 99 |
| HOW TO REDEEM SHARES | 106 |
| DISTRIBUTION PLANS | 108 |
| VALUING THE FUNDS' ASSETS | 108 |
| DIVIDENDS, DISTRIBUTIONS AND TAXES | 109 |
| MANAGEMENT OF THE FUNDS | 110 |
| FINANCIAL HIGHLIGHTS | 119 |
| PRIVACY NOTICE | 146 |
| FOR MORE INFORMATION | 151 |

## FUND SUMMARY: CATALYST HEDGED FUTURES STRATEGY FUND

**Investment Objective**: The Fund's objective is capital appreciation and capital preservation in all market conditions, with low volatility and low correlation to the US equity market.

**Fees and Expenses of the Fund**: This table describes the fees and expenses that you may pay if you buy and hold shares of the Fund. You may qualify for sales charge discounts on purchases of Class A shares if you and your family invest, or agree to invest in the future, at least $50,000 in the Fund. More information about these and other discounts is available from your financial professional and is included in the section of the Fund's prospectus entitled **How to Buy Shares** on page 99 and in the sections of the Fund's Statement of Additional Information entitled **Reduction of Up-Front Sales Charge on Class A Shares** on page 65 and **Waiver of Up-Front Sales Charge on Class A Shares** on page 66.

| Shareholder Fees (fees paid directly from your investment) | Class A | Class C | Class I |
|---|---|---|---|
| Maximum Sales Charge (Load) Imposed on Purchases (as a % of offering price) | 5.75% | None | None |
| Maximum Deferred Sales Charge (Load) (as a % of the original purchase price) | 1.00% | None | None |
| Maximum Sales Charge (Load) Imposed on Reinvested Dividends and other Distributions | None | None | None |
| Redemption Fee | None | None | None |
| Annual Fund Operating Expenses (expenses that you pay each year as a percentage of the value of your investment) | | | |
| Management Fees | 1.75% | 1.75% | 1.75% |
| Distribution and/or Service (12b-1) Fees | 0.25% | 1.00% | 0.00% |
| Other Expenses | 0.17% | 0.17% | 0.17% |
| Acquired Fund Fees and Expenses[1] | 0.09% | 0.09% | 0.09% |
| Total Annual Fund Operating Expenses | 2.26% | 3.01% | 2.01% |

[1] Acquired Fund Fees and Expenses are the indirect costs of investing in other investment companies. The total annual fund operating expenses in this fee table will not correlate to the expense ratio in the Fund's financial highlights because the financial statements include only the direct operating expenses incurred by the Fund, not the indirect costs of investing in other investment companies.

Example: This Example is intended to help you compare the cost of investing in the Fund with the cost of investing in other mutual funds. The Example assumes that you invest $10,000 in the Fund for the time periods indicated, and then redeem all of your shares at the end of those periods. The Example also assumes that your investment has a 5% return each year and that the Fund's operating expenses remain the same. Although your actual costs may be higher or lower, based on these assumptions your costs would be:

| YEAR | Class A | Class C | Class I |
|---|---|---|---|
| 1 | $791 | $304 | $204 |
| 3 | $1,241 | $930 | $630 |
| 5 | $1,715 | $1,582 | $1,083 |
| 10 | $3,021 | $3,327 | $2,338 |

Portfolio Turnover: The Fund pays transaction costs, such as commissions, when it buys and sells securities (or "turns over" its portfolio). A higher portfolio turnover may indicate higher transaction costs and may result in higher taxes when Fund shares are held in a taxable account.

These costs, which are not reflected in annual fund operating expenses or in the Example, affect the Fund's performance. The portfolio turnover rate of the Fund for the fiscal year ended June 30, 2016 was 177% of the average value of its portfolio.

**Principal Investment Strategies**:

Under normal circumstances, the Fund invests, directly or indirectly through affiliated and unaffiliated funds, primarily in (i) long and short call and put options on Standard & Poor's 500 Index ("S&P") futures contracts and (ii) in cash, cash equivalents (including affiliated and unaffiliated money market funds), and other liquid investments (investment grade short and mid-term fixed income securities, including U.S. government securities and corporate bonds).

The Fund seeks to achieve its investment objective by buying and selling options and option spreads on stock index futures. By trading options and options spreads, the Fund seeks to profit in three ways: (1) volatility trading – market prices of options are highly dependent on anticipated volatility of the underlying stock indexes. The Fund may enter options positions designed to hedge or profit from either an increase or a decrease in stock index volatility; (2) trend following – under certain conditions, the Fund may enter options spreads that will profit from an established price trend. However, in general, the strategy does not depend on a prediction of equity market direction, and is designed to produce returns that are not correlated with equity market returns; and (3) premium collection - this technique yields profits as sold options' value declines over time. Profit is captured when sold options are repurchased at a reduced value, or when they expire worthless, allowing retention of the original sales proceeds.

The Fund places a strong focus on risk management that is intended to provide consistency of returns and to mitigate the extent of losses. Positions are entered on a continuous basis across different option exercise prices and expiration months. Supported by sophisticated options analysis software, the Fund employs strict risk management procedures to adjust portfolio exposure as necessitated by changing market conditions.

The Fund actively trades its portfolio investments, which may lead to higher transaction costs that may affect the Fund's performance. In addition, active trading of options and other portfolio investments may lead to higher taxes if Fund shares are held in a taxable account.

Exchange-traded options on broad-based equity indices that trade on a national securities exchange registered with the SEC, or a domestic board of trade designated as a contract market by the Commodity Futures Trading Commission, generally qualify for treatment as "section 1256 contracts," as defined in the Internal Revenue Code of 1986, as amended (the "Code"). Under the Code, capital gains and losses on "section 1256 contracts" are generally recognized annually based on a marking-to-market of open positions at tax year-end, with gains or losses treated as 60% long-term and 40% short-term, regardless of holding period. The Fund intends to utilize primarily options that are "section 1256 contracts."

**Principal Risks of Investing in the Fund**:

As with any mutual fund, there is no guarantee that the Fund will achieve its objective. The Fund's net asset value and returns will vary and you could lose money on your investment in the Fund.

**Acquired Fund Risk**. Because the Fund may invest in other investment companies, the value of your investment will fluctuate in response to the performance of the acquired funds. Investing in acquired funds involves certain additional expenses and certain tax results that would not arise if you invested directly in the securities of the acquired funds.

**Affiliated Investment Company Risk**. The Fund invests in affiliated underlying funds (the "Catalyst Advised Funds"), unaffiliated underlying funds, or a combination of both. The Advisor, therefore, is subject to conflicts of interest in allocating the Fund's assets among the underlying funds. The Advisor will receive more revenue to the extent it selects a Catalyst Advised Fund rather than an unaffiliated fund for inclusion in the Fund's portfolio. In addition, the Advisor may have an incentive to allocate the Fund's assets to those Catalyst Advised Funds for which the net advisory fees payable to the Advisor are higher than the fees payable by other Catalyst Advised Funds.

**Fixed Income Risk**. When the Fund invests in fixed income securities, the value of your investment in the Fund will fluctuate with changes in interest rates. Typically, a rise in interest rates causes a decline in the value of fixed income securities owned by the Fund. In general, the market price of fixed income securities with longer maturities will increase or decrease more in response to changes in interest rates than shorter-term securities. Other risk factors include credit risk (the debtor may default) and prepayment risk (the debtor may pay its obligation early, reducing the amount of interest payments). These risks could affect the value of a particular investment by the Fund, possibly causing the Fund's share price and total return to be reduced and fluctuate more than other types of investments.

**Futures Risk**. The Fund's use of stock index futures involves risks different from, or possibly greater than, the risks associated with investing directly in securities and other traditional investments. These risks include (i) leverage risk (ii) risk of mispricing or improper valuation; and (iii) the risk that changes in the value of the futures contract may not correlate perfectly with the underlying index. Investments in futures involve leverage, which means a small percentage of assets invested in futures can have a disproportionately large impact on the Fund. This risk could cause the Fund to lose more than the principal amount invested. Futures contracts may become mispriced or improperly valued when compared to the adviser's expectation and may not produce the desired investment results. Additionally, changes in the value of futures contracts may not track or correlate perfectly with the underlying index because of temporary, or even long-term, supply and demand imbalances and because futures do not pay dividends unlike the stocks upon which they are based.

**Hedging Risk**. Hedging is a strategy in which the Fund uses a derivative to offset the risks associated with other Fund holdings. There can be no assurance that the Fund's

hedging strategy will reduce risk or that hedging transactions will be either available or cost effective. The Fund is not required to use hedging and may choose not to do so.

**Index Risk**. If the derivative is linked to the performance of an index, it will be subject to the risks associated with changes in that index.

**Liquidity Risk**. Liquidity risk exists when particular investments of the Fund would be difficult to purchase or sell, possibly preventing the Fund from selling such illiquid securities at an advantageous time or price, or possibly requiring the Fund to dispose of other investments at unfavorable times or prices in order to satisfy its obligations.

**Management Risk**. The portfolio manager's judgments about the attractiveness, value and potential appreciation of particular securities in which the Fund invests may prove to be incorrect and there is no guarantee that the portfolio manager's judgment will produce the desired results.

**Market Risk**. Overall stock market risks may also affect the value of the Fund. Factors such as domestic economic growth and market conditions, interest rate levels and political events affect the securities markets.

**Options Risk**. There are risks associated with the sale and purchase of call and put options. As the seller (writer) of a covered call option, the Fund assumes the risk of a decline in the market price of the underlying security below the purchase price of the underlying security less the premium received, and gives up the opportunity for gain on the underlying security above the exercise option price. As the buyer of a put or call option, the Fund risks losing the entire premium invested in the option if the Fund does not exercise the option. As a seller (writer) of a put option, the Fund will lose money if the value of the security falls below the strike price.

**Regulatory Risk**. Changes in the laws or regulations of the United States or other countries, including any changes to applicable tax laws and regulations, could impair the ability of the Fund to achieve its investment objective and could increase the operating expenses of the Fund.

**U.S. Agency Securities Risk**. The Fund may invest in U.S. government or agency obligations. Securities issued or guaranteed by federal agencies and U.S. government sponsored entities may or may not be backed by the full faith and credit of the U.S. government.

**Turnover Risk**: The Fund may have a high turnover of the securities held in its portfolio. Increased portfolio turnover causes the Fund to incur higher brokerage costs, which may adversely affect the Fund's performance and may produce increased taxable distributions.

**Performance**:

The bar chart and accompanying table shown below provide an indication of the risks of investing in the Fund by showing the total return of its Class A shares for each full calendar year,

and by showing how its average annual returns compare over time with those of a broad measure of market performance. Class C shares and Class I shares would have similar annual returns to Class A shares because they are invested in the same portfolio of securities; however, the returns for Class C shares and Class I shares would be different from Class A shares because Class C shares and Class I shares have different expenses than Class A shares. Sales charges are reflected in the information shown below in the table, but the information shown in the bar chart does not reflect sales charges, and, if it did, returns would be lower. The Fund acquired all of the assets and liabilities of Harbor Assets, LLC (the "Predecessor Fund") in a tax-free reorganization on August 30, 2013. In connection with this acquisition, shares of the Predecessor Fund were exchanged for Class A shares of the Fund. The Fund's investment objectives, policies and guidelines are, in all material respects, equivalent to the predecessor limited liability company's investment objectives, policies and guidelines. How the Fund has performed in the past (before and after taxes) is not necessarily an indication of how it will perform in the future. Updated performance information is available at no cost by calling 1-866-447-4228.



Figures do not reflect sales charges. If they did, returns would be lower.

During the period shown in the bar chart, the highest return for a quarter was 25.81% (quarter ended December 31, 2008), and the lowest return for a quarter was (9.37)% (quarter ended March 31, 2007). The year-to-date return for the quarter ended September 30, 2016 was 11.50%.

24

**Catalyst Hedged Futures Strategy Fund**

Under normal circumstances, the Fund invests, directly or indirectly through affiliated and unaffiliated funds, primarily in (i) long and short call and put options on Standard & Poor's 500 Index ("S&P") futures contracts and (ii) in cash, cash equivalents (including affiliated and unaffiliated money market funds), and other liquid investments (investment grade short and mid-term fixed income securities, including U.S. government securities and corporate bonds).

The Fund seeks to achieve its investment objective by buying and selling options and option spreads on stock index futures. By trading options and options spreads, the Fund seeks to profit in three ways: (1) volatility trading – market prices of options are highly dependent on anticipated volatility of the underlying stock indexes. The Fund may enter options positions designed to hedge or profit from either an increase or a decrease in stock index volatility; (2) trend following – under certain conditions, the Fund may enter options spreads that will profit from an established price trend. However, in general, the strategy does not depend on a prediction of equity market direction, and is designed to produce returns that are not correlated with equity market returns; and (3) premium collection - this technique yields profits as sold options' value declines over time. Profit is captured when sold options are repurchased at a reduced value, or when they expire worthless, allowing retention of the original sales proceeds.

The Fund uses an extensive historical database of stock index price movement to assist in determining high probability exercise prices at which to enter option spreads. In addition, the Fund employs various technical analyses including studies of price, volume, momentum and sentiment to further optimize position entries. The Fund regularly evaluates market volatility and other technical behavior and adapts the strategy's entry, adjustment, and position sizing criteria to current market conditions. The Fund places a strong focus on risk management intended to provide consistency of returns and to mitigate the extent of losses. Positions are entered on a continuous basis across different option exercise prices and expiration months. Supported by sophisticated options analysis software, the Fund employs strict risk management procedures to adjust portfolio exposure as necessitated by changing market conditions.

The Fund actively trades its portfolio investments, which may lead to higher transaction costs that may affect the Fund's performance. In addition, active trading of options and other portfolio investments may lead to higher taxes if Fund shares are held in a taxable account.

Exchange-traded options on broad-based equity indices that trade on a national securities exchange registered with the SEC or a domestic board of trade designated as a contract market by the Commodity Futures Trading Commission generally qualify for treatment as "section 1256 contracts," as defined in the Internal Revenue Code of 1986, as amended (the "Code"). Under the Code, capital gains and losses on "section 1256 contracts" are generally recognized annually based on a marking-to-market of open positions at tax year-end, with gains or losses treated as 60% long-term and 40% short-term, regardless of holding period. The Fund intends to utilize primarily options that are "section 1256 contracts."

The Trust and the Advisor have applied for and obtained an exemptive order (the "Order") from the SEC that would permit the Advisor, with the Trust's Board of Trustees' approval, to enter into sub-advisory agreements with one or more sub-advisers without obtaining shareholder approval. The Order permits the Advisor, subject to the approval of the Board of Trustees, to replace sub-advisers or amend sub-advisory agreements, including fees, without shareholder approval whenever the Advisor and the Trustees believe such action will benefit the Fund and its shareholders.

**NON-PRINCIPAL INVESTMENT STRATEGY**

In addition to the principal investment strategies discussed above, the Funds may invest in other investment companies, including affiliated funds advised by the Advisor.

**PRINCIPAL INVESTMENT RISKS**

All mutual funds carry a certain amount of risk. As with any mutual fund, there is no guarantee that a Fund will achieve its objective. Each Fund's net asset value and returns will vary and you could lose money on your investment in the Fund. An investment in the Fund is not a complete investment program.

The following chart summarizes the principal risks of each Fund. These risks could adversely affect the net asset value, total return and the value of a Fund and your investment. The risk descriptions below provide a more detailed explanation of the principal investment risks that correspond to the risks described in each Fund's Fund Summary section of the Prospectus.

|  | **Hedged Insider Buying** | **Insider Long/Short** | **Hedged Futures** | **Macro Strategy** | **Hedged Premium Return** |
|---|---|---|---|---|---|
| Acquired Funds Risk | ●[1] | ●[1] | ● | ● | ●[1] |
| Affiliated Investment Company Risk | ●[1] | ●[1] | ● | ● | ●[1] |
| Allocation Risk |  |  |  |  | ● |
| Commodity Risk |  |  |  | ● |  |
| Credit Risk |  |  |  | ● |  |
| Derivatives Risk | ● |  |  |  |  |
| Emerging Market Risk |  |  |  | ● |  |
| Equity Security Risk |  |  |  | ● |  |
| Fixed Income Risk |  |  | ● | ● |  |
| Foreign Currency Risk |  |  |  | ● |  |
| Foreign Securities Risk |  |  |  | ● |  |
| Futures Risk |  |  | ● | ● |  |
| Hedging Risk | ● |  | ● |  | ● |
| Index Risk |  |  | ● |  |  |
| Inverse ETF Risk |  |  |  | ● |  |
| Junk Bond Risk |  |  |  | ● |  |
| Leverage Risk | ● |  |  |  |  |
| Leverage ETF Risk |  |  |  | ● |  |
| Limited History of |  |  |  | ● |  |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Operations |  |  |  |  |  |
| Liquidity Risk |  |  | ● |  |  |
| Management Risk | ● | ● | ● | ● | ● |
| Market Risk | ● | ● | ● | ● | ● |
| Medium (Mid) Capitalization Stock Risk | ● |  |  | ● |  |
| Non-diversification Risk |  | ● |  | ● | ● |
| Options Risk | ● | ● | ● | ● | ● |
| Regulatory Risk |  |  | ● |  |  |
| Security Risk | ● | ● |  | ● | ● |
| Segregation Risk | ● | ● |  | ● |  |
| Short Selling Risk |  | ● |  | ● |  |
| Small Capitalization Stock Risk | ● | ● |  | ● | ● |
|  |  |  |  |  |  |
| Turnover Risk | ● | ● | ● | ● | ● |
| Underlying Fund Risk |  |  |  | ● |  |
| U.S. Agency Security Risk |  |  | ● |  |  |
| Volatility Risk |  |  |  | ● |  |

[1] A Non-Principal Risk of the Fund.

86

by the Investment Company Act of 1940, as amended, and the Internal Revenue Code that do not apply to the advisor's management of other types of individual and institutional accounts. As a result, investors do not have a long-term track record of managing a mutual fund from which to judge the Sub-Advisor and the Sub-Adviser may not achieve the intended result in managing the Fund.

**Non-diversification Risk**. The Fund is non-diversified. This means that it may invest a larger portion of its assets in a limited number of companies than a diversified fund. Because a relatively high percentage of the Fund's assets may be invested in the securities of a limited number of companies that could be in the same or related economic sectors, the Fund's portfolio may be more susceptible to any single economic, technological or regulatory occurrence than the portfolio of a diversified fund.

**Options Risk**. There are risks associated with the sale and purchase of call and put options. As the seller (writer) of a call option, the Fund assumes the risk of a decline in the market price of the underlying security below the purchase price of the underlying security less the premium received, and gives up the opportunity for gain on the underlying security above the exercise option price. As the buyer of a put or call option, the Fund risks losing the entire premium invested in the option if the Fund does not exercise the option. As a seller (writer) of a put option, the Fund will lose money if the value of the security falls below the strike price. If unhedged, a Fund's written calls expose the Fund to potentially unlimited losses.

**Regulatory Risk**. Changes in the laws or regulations of the United States or other countries, including any changes to applicable tax laws and regulations, could impair the ability of the Fund to achieve its investment objective and could increase the operating expenses of the Fund.

**Security Risk**. The value of the Fund may decrease in response to the activities and financial prospects of an individual security in the Fund's portfolio. The net asset value of the Fund will fluctuate based on changes in the value of the securities in which the Fund invests. The Fund invests in securities that may be more volatile and carry more risk than some other forms of investment. The price of securities may rise or fall because of economic or political changes. Security prices in general may decline over short or even extended periods of time. Market prices of securities in broad market segments may be adversely affected by a prominent issuer having experienced losses, lack of earnings, failure to meet the market's expectations with respect to new products or services, or even by factors wholly unrelated to the value or condition of the issuer, such as changes in interest rates.

**Segregation Risk**. In order to secure its obligations to cover its short positions on options, the Fund will either own the underlying assets, enter into offsetting transactions or set aside cash or readily marketable securities. This requirement may cause the Fund to miss favorable trading opportunities, due to a lack of sufficient cash or readily marketable securities. This requirement may also cause the Fund to realize losses on offsetting or terminated derivative contracts or special transactions.