UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————— x

ROGER EMERSON, MARY EMERSON,          :   Civil Action No. 2:17-cv-02565-SJF-SIL
ROBERT CAPLIN and MARTHA J.           :
GOODLETT, Individually and on Behalf of :  CLASS ACTION
All Others Similarly Situated,        :
                                      :   NOTICE OF MOTION AND CO-LEAD
                    Plaintiffs,       :   COUNSEL'S MOTION FOR AN AWARD
                                      :   OF ATTORNEYS' FEES AND EXPENSES
        vs.                           :   AND LEAD PLAINTIFF AWARDS
                                      :
MUTUAL FUND SERIES TRUST,             :
CATALYST CAPITAL ADVISORS LLC,        :
NORTHERN LIGHTS DISTRIBUTORS LLC,     :
JERRY SZILAGYI, TOBIAS CALDWELL,      :
TIBERIU WEISZ, BERT PARISER and ERIK  :
NAVILOFF,                             :
                                      :
                    Defendants.       :
                                      :
———————————————————— x

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on September 9, 2020, at 11:00 a.m., at the United States District Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York, or as soon thereafter as counsel may be heard, before the Honorable Sandra J. Feuerstein, United States District Judge, Co-Lead Counsel will and hereby move for an order awarding Co-Lead Counsel attorneys' fees of 25% of the Settlement Amount and litigation expenses, plus interest on both amounts at the same rate earned by the Settlement Fund, and awards to Lead Plaintiffs pursuant to the Private Securities Litigation Reform Act of 1995.  Co-Lead Counsel's motion is based upon Co-Lead Counsel's Memorandum of Law in Support of Motion for an Award of Attorneys' Fees and Expenses and Lead Plaintiff Awards, the declarations submitted in support thereof, the Stipulation and Agreement of Settlement dated March 5, 2020, all other pleadings and matters of record, and such additional evidence or argument as may be presented in Co-Lead Counsel's motion or at the hearing on Co-Lead Counsel's motion.

A proposed order will be submitted on or before August 27, 2020 with Co-Lead Counsel's reply papers, after the deadline for submission of objections has passed.

DATED:  July 30, 2020                    Respectfully submitted,

                                         ROBBINS GELLER RUDMAN
                                           & DOWD LLP
                                         SAMUEL H. RUDMAN
                                         EVAN J. KAUFMAN


                                                  s/ Evan J. Kaufman
                                         _____
                                         EVAN J. KAUFMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
ekaufman@rgrdlaw.com

LABATON SUCHAROW LLP
JAMES W. JOHNSON
MICHAEL H. ROGERS
JOHN J. ESMAY
140 Broadway, 34th Floor
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)
jjohnson@labaton.com
mrogers@labaton.com
jesmay@labaton.com

Lead Counsel for Plaintiffs

JOHNSON FISTEL, LLP
FRANK J. JOHNSON
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: 619/230-0063
619/255-1856 (fax)
frankj@johnsonfistel.com

JOHNSON FISTEL, LLP
W. SCOTT HOLLEMAN
99 Madison Avenue, 5th Floor
New York, NY  10016
Telephone:  212/802-1486
212/602-1592 (fax)
scotth@johnsonfistel.com

Additional Counsel for Plaintiffs

4843-9569-9909.v1

CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered ECF participants.

s/ Evan J. Kaufman
EVAN J. KAUFMAN