UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
ROGER EMERSON, MARY EMERSON, : Civil Action No. 2:17-cv-02565-SJF-SIL
ROBERT CAPLIN and MARTHA J. :
GOODLETT, Individually and on Behalf of : <u>CLASS ACTION</u>
All Others Similarly Situated, :
:
              Plaintiffs, :
:
vs. :
:
MUTUAL FUND SERIES TRUST, :
CATALYST CAPITAL ADVISORS LLC, :
NORTHERN LIGHTS DISTRIBUTORS LLC, :
JERRY SZILAGYI, TOBIAS CALDWELL, :
TIBERIU WEISZ, BERT PARISER and ERIK :
NAVILOFF, :
:
             Defendants. :
:
---------------------------------------------------------- x

**FILED**
**CLERK**

9/9/2020 4:53 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

## ▇▇▇▇▇ <u>ORDER APPROVING PLAN OF ALLOCATION</u>

This matter having come before the Court on September 9, 2020, on Plaintiffs' motion for approval of the Plan of Allocation of the Settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.    This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement dated March 5, 2020 (the "Stipulation"), and all capitalized terms used, but not defined herein, shall have the same meanings as set forth in the Stipulation.

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all persons who are Settlement Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all persons and entities who are Settlement Class Members to be heard with respect to the Plan of Allocation.

3. The Court finds and concludes that the formula for the calculation of the claims of claimants proposed by Lead Plaintiffs and Co-Lead Counsel provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund among Authorized Claimants, with due consideration having been given to administrative convenience and necessity.

4. This Court finds and concludes that the Plan of Allocation, is, in all respects, fair and reasonable and the Court approves the Plan of Allocation.

IT IS SO ORDERED.

DATED this  9th  day of  September , 2020

*Sandra J. Feuerstein*
HONORABLE SANDRA J. FEUERSTEIN
UNITED STATES DISTRICT JUDGE